CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Raymond G. Ballister, Jr., SBN 111282
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **Tesla, Inc. Tesla, Inc.; Tesla Motors, Inc. Tesla Motors, Inc.;** <br> ; and Does 1-10, <br><br> Defendants | Case No.: 3:19-CV-01193-AJB-BLM <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br><br><br> Complaint Filed: 6/26/2019 |

PLEASE TAKE NOTICE that Matt Valenti is no longer with the firm Center for Disability Access, 8033 Linda Vista Rd., San Diego, CA 92111. Plaintiff requests that Matt Valenti be removed from the docket of this case. At least one member of the Center for Disability Access will continue to serve as counsel of record for the Plaintiff.

Dated: August 5, 2020                    CENTER FOR DISABILITY ACCESS

                                         By:  /s/ Russell Handy

                                         Russell Handy, Esq.

                                         Attorneys for Plaintiff